Brian S. King, #4610
Brent J. Newton, #6950
Nediha Hadzikadunic, #15851
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com
nediha@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DEBRA F., and M. C., <br><br> Plaintiffs, <br><br> vs. <br><br> CIGNA HEALTH and LIFE INSURANCE COMPANY and the PERMANENTE MEDICAL GROUP, INC. HEALTH PLAN. <br><br> Defendants. | STIPULATED MOTION TO DISMISS <br><br> Case Number 2:20-cv-00042 DBB-DBP |

The parties, through their undersigned counsel, stipulate and move the Court to dismiss the above captioned matter with prejudice. Each party is to bear its own fees and costs.

Dated this 22nd day of July, 2020.              Dated this 22nd day of July, 2020.

/s/ Brian S. King                                            /s/ Todd C. Duffield *(with permission)*
Attorney for Plaintiffs                                   Attorney for Defendants