IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| DEBRA F., and M. C., <br><br> Plaintiffs, <br><br> vs. <br><br> CIGNA HEALTH and LIFE INSURANCE COMPANY and the PERMANENTE MEDICAL GROUP, INC. HEALTH PLAN. <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> Case Number 2:20-cv-00042 DBB-DBP <br><br> District Judge David Barlow |

IT IS HEREBY ORDERED that Plaintiffs' Complaint is dismissed with prejudice. Each party is to bear its own fees and costs.

Signed July 31, 2020

BY THE COURT

David Barlow
United States District Judge